NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Litigation Counsel, Civil Division
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
     Social Security Administration
     160 Spear Street, Suite 800
     San Francisco, CA 94105
     Telephone: (415) 977-8928
     Facsimile: (415) 744-0134
     Email: Marla.Letellier@ssa.gov
Attorneys for Defendant

**JS-6**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVONNE M. NIELSEN,<br><br>       Plaintiff,<br><br>       v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>       Defendant. | No. 2:18-cv-01862-AS<br><br>[~~PROPOSED~~] JUDGMENT OF REMAND |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.


DATED:  February 12, 2019  _____/ s /_____

HON. ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE